## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JEFFREY ZERWER, | ) | Case No. 11-09079 |
| | ) | |
| Debtor(s) | ) | Judge Carol A. Doyle |

## NOTICE OF MOTION

To:   See Attached Service List

YOU ARE HEREBY NOTIFIED that on October 1, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce Black, Room 719, 219 South Dearborn Street, Chicago, Illinois, and then and there Motion to Withdraw Money Under 28 U.S.C. § 2042, a copy of which is attached hereto and herewith served upon you.

      /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list via the ECF system or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 18th day of September, 2014.

      /s/ David R. Herzog

**SERVICE LIST**

United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Chief Civil Division
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604

Mr. Jeffrey P. Allsteadt, Clerk
Attention: Financial Administrator
219 S. Dearborn Street
Chicago, Illinois 60604

Trustee Alex D Moglia, ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JEFFREY ZERWER, | ) | Case No. 11-09079 |
| | ) | |
| Debtor(s) | ) | Judge Carol A. Doyle |

### MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. § 2042

NOW COMES the Debtor, Jeffrey Zerwer, by and through his attorney David R. Herzog of Herzog & Schwartz, PC, moves this Court to order the withdrawal of monies on deposit for the estate in the name of Jeffrey Zerwer, and the payment of these monies to claimant. In support of his motion, Debtor states as follows:

1. On 07/25/2014, the trustee of this estate deposited the sum of $5,018.42 belonging to the Debtor with the Clerk of Court.

2. The claimant is the Debtor in whose behalf these monies were deposited and is entitled to the money deposited.

3. The Debtor did not receive the initial dividend check in the above case due to the fact that he had moved. His previous address was 2614 N. Windsor, No. 202, Arlington Heights, IL 60004

4. The Debtor's current mailing address and phone number is: 907 Valley View Trail, Carol Stream, IL 60188.

WHEREFORE, Debtor, Jeffrey Zerwer, prays that this Honorable Court enter an Order authorizing him to withdraw funds in the amount $5,018.42, and directing the Clerk of the U.S. Bankruptcy Court to pay same, and for such other and further relief as is deemed just and appropriate.

                Respectfully submitted,

                JEFFREY ZERWER

                By: /s/ David R. Herzog
                      One of his attorneys

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 West Washington, Ste. 1717
Chicago, Illinois 60602
(312) 977-1600
ARDC 01203681



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| **ZERWER, JEFFREY,** | ) | CASE NO. 11-09079 |
| | ) | |
| Debtor | ) | |
| | ) | |

## NOTICE OF DEPOSIT

PLEASE TAKE NOTICE that on the 25th day of July, 2014, and pursuant to 11 U.S.C. §347(a), Alex D. Moglia, as trustee, deposited funds, as appear below, with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, IL 60604.

/s/ Alex D. Moglia

Alex D. Moglia, Chapter 7 Trustee

| CHECK # | ORIGINAL PAYEE | CHECK AMOUNT |
|---|---|---|
| 11005 | ZERWER, JEFFREY | $5018.42 |

## CERTIFICATE OF SERVICE

I, Alex D. Moglia, certify that on the 25th day of July, 2014, I served copies of the foregoing Notice Of Deposit and the attached checks upon parties in interest, as appear below, by enclosing a copy of said notice in envelopes which were addressed to those parties, which bore First Class postage, and which were delivered to the United States Postmaster.


/s/ Alex D. Moglia


Jeffrey Zerwer
1320 N. Winslowe
Palatine, IL 60074