**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ZERWER, JEFFREY § Case No. 11-09079
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $184,694.85 | Assets Exempt: $12,800.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $5,037.98 | |

3) Total gross receipts of $ 10,056.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,018.42 (see **Exhibit 2**), yielded net receipts of $5,037.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $25,937.66 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,037.98 | 5,037.98 | 5,037.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $30,975.64 | $5,037.98 | $5,037.98 |

4) This case was originally filed under Chapter 7 on March 04, 2011. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2014          By: /s/ALEX D. MOGLIA
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Discovery of Asset CD funds | 1229-000 | 10,056.40 |
| **TOTAL GROSS RECEIPTS** | | **$10,056.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ZERWER, JEFFREY | BANKRUPTCY CASE11-09079 ,ZERWER, JEFFREY DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 0.00 |
| Clerk of the Court | Case 11-09079 funds for Jeffrey Zerwer | 8200-002 | 0.00 |
| Clerk of the United States Bankruptcy Court | Case 11-09079 - Jeffrey Zerwer - unclaimed distribution surplus funds | 8200-002 | 5,018.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,018.42** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 25,937.66 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$25,937.66** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 1,253.80 | 1,253.80 | 1,253.80 |
| SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 3210-000 | N/A | 3,507.50 | 3,507.50 | 3,507.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.26 | 13.26 | 13.26 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.32 | 1.32 | 1.32 |
| Rabobank, N.A. | 2600-000 | N/A | 15.64 | 15.64 | 15.64 |
| Rabobank, N.A. | 2600-000 | N/A | 13.25 | 13.25 | 13.25 |
| International Sureties, LTD | 2300-000 | N/A | 11.18 | 11.18 | 11.18 |
| Rabobank, N.A. | 2600-000 | N/A | 13.70 | 13.70 | 13.70 |
| Rabobank, N.A. | 2600-000 | N/A | 15.09 | 15.09 | 15.09 |
| Rabobank, N.A. | 2600-000 | N/A | 14.59 | 14.59 | 14.59 |
| Rabobank, N.A. | 2600-000 | N/A | 13.16 | 13.16 | 13.16 |
| Rabobank, N.A. | 2600-000 | N/A | 15.49 | 15.49 | 15.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,037.98 | $5,037.98 | $5,037.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-09079  
**Case Name:** ZERWER, JEFFREY  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/04/11 (f)  
**§341(a) Meeting Date:** 04/19/11  

**Period Ending:** 09/29/14  
**Claims Bar Date:** 09/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1/2 interest in 1320 N. Winslowe, Palatine, IL 6 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2   Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 3   Checking Account | 150.00 | 150.00 | | 0.00 | FA |
| 4   Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 5   Sofa, love seat, computer, desk, tv | 800.00 | 800.00 | | 0.00 | FA |
| 6   Ordinary wearing apparel | 250.00 | 250.00 | | 0.00 | FA |
| 7   VOID | 0.00 | 0.00 | | 0.00 | FA |
| 8   Thrivent Financial Policy CSV | 1,069.85 | 219.85 | | 0.00 | FA |
| 9   Roth IRA w/ Thrivent Financial | 6,400.00 | 0.00 | | 0.00 | FA |
| 10  Possible tax refund | 3,000.00 | 500.00 | | 0.00 | FA |
| 11  2002 Jeep Grand Cherokee | 4,000.00 | 0.00 | | 0.00 | FA |
| 12  2008 Mustang Bullitt | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 13  Discovery of Asset CD funds (u) | Unknown | Unknown | | 10,056.40 | FA |
| 13  **Assets   Totals** (Excluding unknown values) | **$184,694.85** | **$20,919.85** | | **$10,056.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING CHECK FOR UNCLAIMED FUNDS SENT TO CLERK'S OFFICE TO CLEAR BANK, AND RECEIPT OF ZERO-BALANCE BANK STATEMENT.

PREPARE FINAL ACCOUNT.

**Initial Projected Date Of Final Report (TFR):** March 31, 2013  **Current Projected Date Of Final Report (TFR):** November 6, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-09079 | | **Trustee:** | ALEX D. MOGLIA (330260) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ZERWER, JEFFREY | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******83-65 - Checking Account |
| **Taxpayer ID #:** | **-***2575 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/29/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/12/12 | {13} | William & Sheila Zerwer | SALE PROCEEDS - PERSONAL PROPERTY | 1229-000 | 10,056.40 | | 10,056.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,031.40 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,006.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,981.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,956.40 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,931.40 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,906.40 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 9,906.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,056.40 | 10,056.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,906.40 | |
| | | | **Subtotal** | | 10,056.40 | 150.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,056.40** | **$150.00** | |

{} Asset reference(s)                                                                                                      Printed: 09/29/2014 05:12 PM    V.13.18

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-09079  
**Case Name:** ZERWER, JEFFREY  
**Taxpayer ID #:** **-***2575  
**Period Ending:** 09/29/14  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,906.40 | | 9,906.40 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.26 | 9,893.14 |
| 01/23/13 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #11-09079 | 2300-000 | | 1.32 | 9,891.82 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 9,876.18 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.25 | 9,862.93 |
| 03/21/13 | 11002 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/21/2013 FOR CASE #11-09079 | 2300-000 | | 11.18 | 9,851.75 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,838.05 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.09 | 9,822.96 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.59 | 9,808.37 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.16 | 9,795.21 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.49 | 9,779.72 |
| 02/12/14 | 11003 | ALEX D. MOGLIA | Dividend paid 100.00% on $1,253.80, Trustee Compensation; Reference: | 2100-000 | | 1,253.80 | 8,525.92 |
| 02/12/14 | 11004 | SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | Dividend paid 100.00% on $3,507.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 3,507.50 | 5,018.42 |
| 02/12/14 | 11005 | ZERWER, JEFFREY | BANKRUPTCY CASE11-09079 ,ZERWER, JEFFREY DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% Stopped on 07/25/14 | 8200-002 | | 5,018.42 | 0.00 |
| 07/25/14 | 11005 | ZERWER, JEFFREY | BANKRUPTCY CASE11-09079 ,ZERWER, JEFFREY DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% Stopped: check issued on 02/12/14 | 8200-002 | | -5,018.42 | 5,018.42 |
| 07/25/14 | 11006 | Clerk of the Court | Case 11-09079 funds for Jeffrey Zerwer Voided on 07/25/14 | 8200-002 | | 5,018.42 | 0.00 |
| 07/25/14 | 11006 | Clerk of the Court | Case 11-09079 funds for Jeffrey Zerwer Voided: check issued on 07/25/14 | 8200-002 | | -5,018.42 | 5,018.42 |
| 07/25/14 | 11007 | Clerk of the United States Bankruptcy Court | Case 11-09079 - Jeffrey Zerwer - unclaimed distribution surplus funds | 8200-002 | | 5,018.42 | 0.00 |

Subtotals :     $9,906.40     $9,906.40

{} Asset reference(s)                                         Printed: 09/29/2014 05:12 PM    V.13.18

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-09079 | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | ZERWER, JEFFREY | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******8366 - Checking Account |
| **Taxpayer ID #:** | **-***2575 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/29/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,906.40 | 9,906.40 | $0.00 |
| | | | Less: Bank Transfers | | 9,906.40 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,906.40 | |
| | | | Less: Payments to Debtors | | | 5,018.42 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,887.98** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******83-65** | 10,056.40 | 150.00 | 0.00 |
| **Checking # ******8366** | 0.00 | 4,887.98 | 0.00 |
| | $10,056.40 | $5,037.98 | $0.00 |

{} Asset reference(s)    Printed: 09/29/2014 05:12 PM    V.13.18